IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK ANOBILE; AND TRUE NIGHT CLUB,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; STEVEN D. GRIERSON, COURT CLERK; AND THE HONORABLE JAMES CROCKETT, DISTRICT JUDGE,
Respondents,
and
U.S. BANK N.A.; AND MARIA BALLESTEROS,
Real Parties in Interest.

No. 69910

FILED

APR 1 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court clerk's refusal to enter judgment pursuant to an accepted offer of judgment. Having considered the petition and supporting documents in this matter, we conclude that our extraordinary intervention is not warranted at this time. *See Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (noting that considering and issuing a writ "is purely discretionary with this court"). The district court has taken no action concerning the notice of acceptance of the offer of

16-11844

judgment, and petitioners did not move the district court for relief prior to filing this writ petition. Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:   Hon. James Crockett, District Judge
      Anthony A. Zmaila Limited PLLC
      The Heekin Law Firm
      Maria Ballesteros
      Holland & Hart LLP/Las Vegas
      Eighth District Court Clerk